# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00377-CV

**Leslie Nemeth, Appellant**

**v.**

**Mindful Home Ventures, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-25-001822, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 1, 2025. On December 18, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 29, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed:   January 9, 2026